| | |
|---|---|
| **Date** | Mar 27, 2016 |
| **From** | **DANIEL E. DOW**, 631 So. Goble Creek Rd., Kelso, WA 98626-8910 |
| **TO** and | R.S. Martinez, Chief Judge, USDC W.D. WA, 700 Stewart St, Seattle, WA 98101-1239; Christopher Blair | Sarah Mack, Law Clerks **Chief Judge Martinez**, USDC, c/o 1717 Pacific Ave, Room 3100, Tacoma, Washington 98402 T 253-882-3800, |
| **Fax** and | 206-727-8316 c/o Washington State B.A.R. & USPS **James C. Duff**, Chief Administrative Officer of the U.S. Courts, One Columbus Circle NE Washington, D.C. 20544 and Chief Executive Officer Freedom Forum Inc., 1101 Wilson Blvd., Arlington, VA 22209-2281, T 703-526-0800, |
| **Fax** | 973-695-1414 c/o Freedom Forum, Inc. & USPS US Courts, Washington DC |

| **RE** | 1. | **Dipesh Nalk** c Jan 14, 2016 letter RE Jan 11, 2016 letter Daniel E. Dow [1P] (pls NOTE "Envelope Bank of America, 450 American St., S̶u̶n̶ SIMI Valley, CA " [1P]; |
|---|---|---|
| | 2. | c Jan 27, 2016 letter **RETURNED** (Thomas P. Cialino and Dipesh Nalk, *et al*) RE Bank of America, Federal National Mortgage Assoc, *et al* [2Pp]; AND, |
| | 3. | ENVELOPE stamped **No Longer At This Address**, To Dipesh Nalk, BoA [5]; and |
| | 4. | http://www.globalresearch.ca/does-the-united-states-still-exist/5516662 [3/4 Pp] |

To who this concerns: Please enter **EX 16**, >in the filing >mailed Priority mail, 25 Mar 2016, USPS Tracking # 9505 5110 2693 6085 4591 62<. I am forced to FAX due to the timeliness of all the paperwork into the Court. Bank of America (*et al*) do not honor **RESPA** nor **due process rule of law** ~ U.S. CONSTITUTION: *EG*:

  **Article I, Section 8**, *The Congress shall have the Power To* (**Clause 5**) *coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and measures;* **Section 9, Clause 7**, *No money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.*

  Mr. James C. Duff, Chief Administrative Officer of the United States Courts, please exercise your *Power* to assist in this most vital matter: CONFLICTS and the full disclosure that is law (*SEE* **EXHIBIT 15**): PUBLIC ACCESS TO THE COURTS, and thus, EQUAL REPRESENTATION. See Karen Hudes, former World Bank General Counsel, who has published on the internet, Bank of America [BoA] is THE 'BANK' the American B.A.R. Association [ABA] and every state B.A.R. in the USA, "invests" the (but not limited to) *Interest On Lawyers' Trust Accounts* [IOLTA]? A definite conflict exists in the information which Ms. Hudes' has "blown the whistle" for the citizens in the U.S. Ms. Hudes' further proclaimed— when the **fascist-barbaric-tyrant** Mussolini was defeated —he was instrumental in the Vatican as a stronghold in Italy: *IE*, ITS' own state, immune and also with impunity, **to any law other than ITS' own entity** – and, **Bank of America is in actuality owned via the Vatican ...** She said the U.S. B.A.R. (British Accredited Registry) dues are paid to the Vatican *via* Bank of America! I am sincere in aspiring to have trust and faith in our U.S. Courts. However, **the BARs must pass the Constitutional Muster**. In Ms. ANNE K. BLOCK's (*SEE* my Exhibits), filings in the Seattle USDC, the Washington State B.A.R., had a voluntary committee (Access To Justice) all quit. In the handbook I received from the Court, the WSBA is the Court recommendation. The ABA publication about the Access to Justice for the Public Committee quitting must give the American public *cause-to-pause* RE serious Conflict/s, in FAIR representation against such as the named (BoA *et al pretender lenders*). Paul Craig Roberts' exposes the critical mass dire seriousness we are indeed experiencing (see URL ~ #4).

Respectfully, **DANIEL E. DOW**  /S/

Ex 16 P1 of 7

Enterprise Customer Care Resolution

January 14, 2016

**Contact Us:**
1.877.471.4367,
extension 384036

Mr. Daniel E. Dow
631 South Goble Creek Road
Kelso, WA  98626

**Loan Ending:**
0496

**Service Request Number:**
1-571301723

Correspondence received on:  January 11, 2016

Page 1 of 1

Dear Mr. Dow:

Our Enterprise Customer Care Resolution team has received your correspondence about your mortgage loan. Thank you for writing to express your concerns. Every customer is important to us, and we will work hard to resolve the matter.

My name is Dipesh Naik and I will be your dedicated single point of contact throughout this process.

For more information about help for homeowners, visit bankofamerica.com/homeloanhelp or makinghomeaffordable.gov

## What you can expect next

I will complete a full review of your concerns and my goal is to deliver a resolution to you by January 26, 2016. If I'm not able to resolve the concerns by this time, I'll provide a new date when you will receive resolution. If you're asked to provide information, please try to respond quickly so we can continue to move forward and resolve the concerns.

To check on the status of a loan modification, go to bankofamerica.com/loanhelpstatus

## Your personal contact

I look forward to working with you. My phone number is 1.877.471.4367, extension 384036, and I'm available Monday through Friday from 8 a.m. to 5 p.m. Pacific. It's important that we stay in touch during this time, so please contact me with any questions.

Sincerely,

Dipesh Naik
Resolution Specialist
Enterprise Customer Care Resolution

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Mortgages funded and administered by an 🏠 Equal Housing Lender.
🗘 Protect your personal information before recycling this document.

Ex 16 p 1 of 2

**Bank of America**

Bank of America
450 American Street, Simi Valley, CA 93065

XX01-16-16 LA CA 900

**PRESORTED**
**FIRST CLASS**

U.S. POSTAGE >> PITNEY BOWES
$ 000.41
ZIP 93065
02 1W
0001391238 JAN 15 2016

**ADDRESS SERVICE REQUESTED**

RCVD 1-21-16

20  LCZ-C3B  916526

Ex 16 P 1 of 1
p 2 (a)

**DANIEL E. DOW**
631 So. Goble Creek Rd., Kelso, WA 98626-8913
T (360) 747-0778, jstewart52008@gmail.com

January **27**, 2016

TO:

**Thomas P. Cialino**
BLANK | ROME LLP
One Logan Square, 130 N. 18 St.
Philadelphia, PA 19103 -6998

**Dipesh Naik**, Resolution Specialist
Bank of America, NC1-0073816
100 N. Tyron Street [BoA]
Charlotte, NC 28255-0001

**Federal National Mortgage Assc.**
Attn: President **B.H. OBAMA**
"Fannie Mae" [FNMA]
3900 Wisconsin Avenue, NW
Washington, DC  20016-2892

**J.H. Beutler**, Congress Member
1130 Longworth HOB
Washington DC 20515; and,
General O.O. House, 750 Anderson St., "B"
Vancouver, WA 98661

Thomas P. Cialino, D. Naik, B.H. Obama, J.H. Beutler, *et al*:

Lawyer Cialino, you are in full legal knowledge | understanding of, but not limited to, the Real Estate Settlement Procedures Act [RESPA], and the Consumers' Protection Act, *et al.*?!  Do not send me any further correspondence that proves there is a serious disconnect in the matter which I have addressed with the Bank of America, *ET AL*.  Should you have any questions regarding this letter, contact those that have indeed been recipients – and responded accordingly, to my QUALIFIED WRITTEN REQUEST**S**.  Further, before contacting and citing "law" in the current reality of the internet, your firm [BLANK | ROME LLP] and you, can exercise *due diligence* and obtain a TRIO from the Title Company:

***ASSIGNMENT OF DEED OF TRUST, June 5, 2014, FEDERAL NATIONAL MORTGAGE ASSOCIATION***.  I have never agreed in simple CONTRACT LAW, to allow Seterus to "service" – alleged mortgage loan.

**Dipesh Naik**, Resolution Specialist for Bank of America, I am preparing a very serious letter regarding the issues of NO TRUTH-IN-LENDING [TIL] in the Assignment to FNMA (Fannie Mae | FNMA), and also the unlawful taking of funds from my bank account .. letter forthcoming directly – this letter clearly had to be a priority, (JAMES C. DUFF, *PAPER TERRORISM via* Mr. Cialino?, and BoA!)

January **2 7**, 2016,

*[signature]*
**DANIEL E. DOW**
(*prayer* any all attorneys at law to assistance in this critical matter)

---

1   **DANIEL E. DOW | SECOND QUALIFIED WRITTEN REQUEST, 01 27 2016**, 631
So. Goble Creek Rd., Kelso, WA 98626, T3607470778, jstewart52008@gmail.com

*Ex 16  P 1 of 2*
*p 3*

## CERTIFICATE OF MAILING

**James C. Duff**, Judicial Conf USA, Admin Office US Courts One Columbus Circle NE, Washington, D.C. 20544; and,

| | | |
|---|---|---|
| **Kevin Brady**<br>F 202-225-2610<br>T 202-225-3625<br>Chairman, Committee<br>On Ways And Means<br>1102 Longworth HOB<br>Washington DC 20515 | **Darrell Issa**<br>F 760-599-1178<br>F 949-281-2449<br>F 202-225-3303<br>T 202-225-3906<br>2267 Rayburn HOB<br>Washington DC 20515 | **John Manibusan** [BOG]<br>F 202-973-5044<br>oig.media@frb.gov<br>Federal Reserve Sys<br>20TH Street and Constitution<br>Ave NW, Mail Stop K-300<br>Washington DC 20551 |
| **Michael E. Horowitz**<br>F 202-514-4001 [IG]<br>950 Pennsylvania AveNW<br>Suite 4706<br>Washington DC 20530 | **ROBERT GOODLATTE**<br>Chairman ["BOB"]<br>House Judiciary Comm<br>2138 Rayburn HOB<br>Washington DC 20515 | **BOB GOODLATTE**<br>F 540-857-2675<br>ROANOKE OFFICE<br>10 Franklin Rd, SE, Ste 540<br>Roanoke, VA 24011 |
| **Andy Ostrowski**<br>PO Box 61335<br>Harrisburg, PA 17100 | **Judicial Watch, Inc.**<br>425 3RD St. SW Ste 800<br>Washington, D.C. 20024 | **Capstone LAW APC**<br>1840 Century Park E., #450<br>Los Angeles, CA 90067 |
| **American BAR Assoc.**<br>F 312-988-6030<br>321 N. Clark Street<br>Chicago, IL 60654-7598 | **Ann K. Block**<br>T 206-555-5555<br>anne.k.block@comcast.net<br>313 Shelby St.<br>Gold Bar, WA 98251 | **Robert Grundstein**<br>T 802-888-03334<br>rgrunds@pshift.com<br>18 Griggs Rd.<br>Morrisville, VT 05661 |
| **Lauren J. Paulson**<br>T 541-412-1390<br>laurenjpaulson@gmail.com<br>16131 W Hoffeldt Ln#38<br>Brookings, OR 97415 | **Rebecca Margaret Baker**<br>T 509-775-3090<br>rbjarcabletv@yahoo.com<br>POB 345<br>Republic, WA 99166-0345 | **Mark Han-Ku Kim**<br>SSA-ODAR T888.253.3903<br>dad2nktk@gmail.com<br>714 N. Iron Bridge Way<br>Ste 200, Spokane WA<br>99202-4929 |
| **Scott A. Smith**<br>T 206-849-4278<br>ScottSmith555@comcast.net<br>7221 W. Mercer Way, Mercer Island, WA 98040-5533 | *Juan Pablo "JP" Paredes*<br>c/o Scott A. Smith | |

*[signature]*

DANIEL E. DOW, January **27**, 2016

2   **DANIEL E. DOW | SECOND QUALIFIED WRITTEN REQUEST, 01/27 2016**, 631
So. Goble Creek Rd., Kelso, WA 98626, T3607470778, jstewart52008@gmail.com

Ex 16 P2
P 3(a) 2



Ex 16 P1 of 1
P. 4

Print

# Does the United States Still Exist?

By Dr. Paul Craig Roberts
Global Research, March 26, 2016

Url of this article:
http://www.globalresearch.ca/does-the-united-states-still-exist/5516662



To answer the question that is the title, we have to know of what the US consists. Is it an ethnic group, a collection of buildings and resources, a land mass with boundaries, or is it the Constitution. Clearly what differentiates the US from other countries is the US Constitution. The Constitution defines us as a people. Without the Constitution we would be a different country. Therefore, to lose the Constitution is to lose the country.

Does the Constitution still exist? Let us examine the document and come to a conclusion.



The Constitution consists of a description of a republic with three independent branches, legislative, executive, and judicial, each with its own powers, and the Bill of Rights incorporated as constitutional amendments. The Bill of Rights describes the civil liberties of citizens that cannot be violated by the government.

Article I of the Constitution describes legislative powers. Article II describes executive powers, and Article III describes the power of the judiciary. For example, Article I, Section 1 gives all legislative powers to Congress. Article I, Section 8 gives Congress the power to declare war.

The Bill of Rights protects citizens from the government by making law a shield of the people rather than a weapon in the hands of the government.

The First Amendment protects the freedom of speech, the press, and assembly or public protest.

The Second Amendment gives the people the right "to keep and bear arms."

The Third Amendment has to do with quartering of soldiers on civilians, a large complaint against King George III, but not a practice of present-day armies.

The Fourth Amendment grants "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures" and prevents the issue of warrants except "upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." The Fourth Amendment prevents police and prosecutors from going on "fishing expeditions" in an effort to find some offense with which to charge a targeted individual.

The Fifth Amendment prohibits double jeopardy, self-incrimination, the taking of life, liberty, or property without due process and the prohibition of seizing property without just compensation.

The Sixth Amendment guarantees speedy and public trial, requires that a defendent be informed of the charge against him and to be confronted with the witnesses, to present witnesses in his favor, and to have the assistance of an attorney.

The Seventh Amendment gives the right of trial by jury to civil suits.

The Eighth Amendment prevents excessive bail and cruel and unusual punishments.

The Ninth Amendment says that the enumeration of certain rights in the Constitution does not deny or disparage others retained by the people. In other words, people have rights in addition to the those listed in the proscriptions against the government's use of abusive power.

The Tenth Amendment reserves the rights not delegated to the federal government to the states.

Ex 16 p 5    P 1 of 3

The Tenth Amendment is a dead letter amendment. The Third Amendment protects against an abandoned abusive practice of government. The Seventh Amendment is still relevant as it allows damages in civil suits to be determined by a jury, once a protection against unfairness and today not always the case.

The other seven amendments comprise the major protections of civil liberty. I will examine them in turn, but first let's look at Section 1 and Section 8 of Article I. These two articles describe the major powers of Congress, and both articles have been breached. The Constitution's grant of "all legislative powers" to Congress has been overturned by executive orders and signing statements.

The president can use executive orders to legislate, and he can use signing statements to render sections of laws passed by Congress and signed by the president into non-enforced status. Legislative authority has also been lost by delegating to executive branch officials the power to write the regulations that implement the laws that are passed. The right that Section 8 gives to Congress to declare war has been usurped by the executive branch. Thus, major powers given to Congress have been lost to the executive branch.

The First Amendment has been compromised by executive branch claims of "national security" and by extensive classification. Whistleblowers are relentlessly prosecuted despite federal laws protecting them. The right of assembly and public protest are overturned by arrests, tear gas, clubs, rubber bullets, water canons, and jail terms. Free speech is also limited by political correctness and taboo topics. Dissent shows signs of gradually becoming criminalized.

The Fourth Amendment is a dead letter amendment. In its place we have warrantless searches, SWAT team home invasions, strip and cavity searches, warrantless seizures of computers and cell phones, and the loss of all privacy to warrantless universal spying.

The Fifth Amendment is a dead letter amendment. The criminal justice system relies on self-incrimination as plea bargains are self-incrimination produced by psychological torture, and plea bargains are the basis of conviction in 97% of all felony cases. Moreover, physical torture is a feature of the "war on terror" despite its illegality under both US statute and international law and is also experienced by criminals in the US prison system.

The Fifth Amendment's protection against deprivation of life, liberty, and property without due process of law has been lost to indefinite detention, executive assassination, and property takings without compensation. The Racketer Influenced Corrupt Organizations Act (RICO) passed in 1970. The act permits asset freezes, which are takings. The Comprehensive Forfeiture Act passed in 1984 and permits police to confiscate property on "probable cause," which often means merely the presence of cash.

The Sixth Amendment is a dead letter amendment. Prosecutors routinely withhold exculpatory evidence, and judges at prosecutors' requests have limited attorneys' ability to defend clients. The "war on terror" has introduced secret evidence and secret witnesses, making it impossible for a defendant and his attorney to defend against the evidence.

The Eighth Amendment's prohibition of excessive bail and torture are routinely violated. It is another dead letter amendment.

It is paradoxical that every civil liberty in the Bill of Rights has been lost to a police state except for the Second Amendment, the gun rights of citizens. An armed citizenry is inconsistent with a police state, which the US now is.

Other aspects of our legal protections have been overturned, such as the long standing rule that crime requires intent. William Blackstone wrote: "An unwarrantable act without a vicious will is no crime at all." But today we have crimes without intent. You can commit a crime and not even know it. See for example, Harvey Silverglate, *Three Felonies A Day: How the Feds Target the Innocent*.

Attorney-client privilege has been lost. The indictment, prosecution, and imprisonment of defense attorney Lynne Stewart is a good example. The DOJ prevailed on her to defend a blind Muslim regarded by the DOJ as a "terrorist." She was informed that "special administrative measures" had been applied to her client. She received a letter from the federal prosecutor informing her that she and her client would not be permitted attorney-client privilege, and that she was required to permit the government to listen to her conversations with her client. She was told that she could not carry any communications from her client to the outside world. She regarded all this as illegal nonsense and proceeded to defend her client in accordance with attorney-client privilege. Lynne Stewart was convicted of violating a letter written by a prosecutor as if the prosecutor's letter were a law passed by Congres and present in the US code.

Based on a prosecutor's letter, Lynne Stewart was sentenced to prison. No law exists that upholds her imprisonment.

Our civil liberties are often said to be "natural rights" to which we are entitled. However, in historical fact civil liberty is a human achievement that required centuries of struggle. The long struggle for accountable law that culminated in the Glorious Revolution in England in the late 17th century can be traced back to Alfred the Great's codification of English common law in the 9th century and to the Magna Carter in the early 13th century. Instead of issuing kingly edicts, Alfred based law on the traditional customs and behavior of the people. The Glorious Revolution established the supremacy of the people over the law and held the king and government accountable to law. The United States and other former British colonies inherited this accomplishment, an accomplishment that makes law *a shield of the people and not a weapon in the hands of the state*.

Today law as a shield of the people has been lost. The loss was gradual over time and culminated in the George W. Bush and Obama regime assaults on habeas corpus and due process. Lawrence Stratton and I explain how the law was lost in our book, *The Tyranny of Good Intentions*. Beginning with Jeremy Bentham in the late 18th century, liberals saw the protective shield of law as a constraint on the government's ability to do good. Bentham redefined liberty as the freedom of government from restraint, not the freedom of people from government. Bentham's influence grew over time until in our own day, to use the worlds of Sir Thomas More in *A man for All Seasons*, the law was cut down so as to better chase after devils.

- We cut down the law so that we could better chase after the Mafia.
- We cut down the law so that we could better chase after drug users.
- We cut down the law so that we could better chase after child abusers.
- We cut down the law so that we could better chase after "terrorists."
- We cut down the law so that we could better chase after whistleblowers.

Ex 16 P 173
P 6

We cut down the law so that we could better cover up the government's crimes.

Today the law is cut down. Any one of us can be arrested on bogus charges and be helpless to do anything about it.

There is very little concern in legal circles about this. The American Civil Liberties Union (ACLU) does attempt to defend civil liberty. However, just as often the ACLU is not defending the civil liberties in the Bill of Rights that protect us from the abuse of government power, but newly invented "civil rights" that are not in the Constitution, such as "abortion rights," the right to homosexual marriage, and rights to preferential treatment for preferred minorities.

An attack on abortion rights, for example, produces a far greater outcry and resistance than the successful attack on habeas corpus and due process. President Obama was able to declare his power to execute citizens by executive branch decision alone without due process and conviction in court, and it produced barely audible protest.

Historically, a government that can, without due process, throw a citizen into a dungeon or summarily execute him is considered to be a tyranny, not a democracy. By any historical definition, the United States today is a tyranny.

**Disclaimer:** The contents of this article are of sole responsibility of the author(s). The Centre for Research on Globalization will not be responsible for any inaccurate or incorrect statement in this article.

Copyright © Dr. Paul Craig Roberts, Global Research, 2016

Ex 16 P1 ¶3
P 7